```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 33925
   NANCY ANN OLSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-9150


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/25/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 04/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
500 FAST CASH              UNSECURED      NOT FILED           .00            .00
AMERICAN DEBT COLLECTION   UNSECURED      NOT FILED           .00            .00
AMERICASH LOANS LLC        UNSECURED        1256.00           .00        1256.00
ASPIRE                     UNSECURED         763.28           .00         763.28
CASH ADVANCE NETWORK       UNSECURED      NOT FILED           .00            .00
CASHNET/GLOBAL             UNSECURED      NOT FILED           .00            .00
COAST LINE EXPRESS         UNSECURED      NOT FILED           .00            .00
XPRESS CASH                UNSECURED      NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED         515.90           .00         515.90
KTNT                       UNSECURED      NOT FILED           .00            .00
NATIONAL OPPORTUNTIES      UNSECURED      NOT FILED           .00            .00
ONE CLICK CASH             UNSECURED      NOT FILED           .00            .00
ONE IRON VENTURES INC      UNSECURED      NOT FILED           .00            .00
PREFERRED CASH             UNSECURED      NOT FILED           .00            .00
PROCESSING SOLUTIONS       UNSECURED      NOT FILED           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                         330.56
DEBTOR REFUND              REFUND                                           13.16

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 5,578.90

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       2,535.18
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              330.56
DEBTOR REFUND                                      13.16
                        ---------------        ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 33925 NANCY ANN OLSON
```

```
TOTALS                              5,578.90            5,578.90
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```